■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE MAZARAKIS, Appellant. [863 NYS2d 380]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Adams, J.), rendered July 18, 2006, convicting him of criminal contempt in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

After subtracting the periods of delay which were due to the defendant's pretrial motion practice (*see* CPL 30.30 [4] [a]; *People v Worley,* 66 NY2d 523 [1985]), the periods during which the defendant was without counsel through no fault of the Supreme Court (*see* CPL 30.30 [4] [f]; *People v Clark,* 11 AD3d 706 [2004]), and adjournments the defendant either requested or consented to (*see* CPL 30.30 [4] [b]), the total time chargeable to the People was within the permitted 90-day period (*see* CPL 30.30 [1] [b]; *see generally People v Kendzia,* 64 NY2d 331 [1985]).

Contrary to the defendant's contention, he was not entitled to a missing witness charge (*see generally People v Savinon,* 100 NY2d 192, 196 [2003]; *People v Gonzalez,* 68 NY2d 424, 427 [1986]) or any relief for the alleged failure of the People to turn over *Brady* material (*see Brady v Maryland,* 373 US 83 [1963]). Prudenti, P.J., Ritter, Florio and McCarthy, JJ., concur.